# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-00054-FDW-DSC

| | |
|---|---|
| FAMILY DOLLAR OPERATIONS, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| DRIVELINE RETAIL MERCHANDISING, INC., | ) ) ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Melvin R. McVay, Jr. and Shannon K. Emmons]" (documents ## 11 and 12) filed April 18, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>

<u>All counsel are advised that local counsel must sign all documents submitted to the Court and as such are accountable for the substance of such submissions under Rule 11 of the Federal Rules of Civil Procedure.</u>

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: April 18, 2017

David S. Cayer
United States Magistrate Judge