# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Civil Action No. 3:17-CV-00054-FDW-DSC

| | |
|---|---|
| **FAMILY DOLLAR OPERATIONS, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **DRIVELINE RETAIL MERCHANDISING, INC.,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on "Non-Party Spar Group, Inc.'s Motion to Quash and/or for Protective Order as to Driveline Retail Merchandising, Inc.'s Subpoena to Produce Documents" (document #40). For the reasons stated in Defendant's brief, the Motion is granted in part and denied in part, as ordered below.

**NOW THEREFORE IT IS ORDERED:**

1. "Non-Party Spar Group, Inc.'s Motion to Quash and/or for Protective Order as to Driveline Retail Merchandising, Inc.'s Subpoena to Produce Documents" (document #40) is **GRANTED IN PART** and **DENIED IN PART**. Specifically, within thirty days of this Order, Spar Group, Inc. shall produce the 3,200 documents referenced in its Reply brief

(document #45) at 4. If Spar Group, Inc. contends that any responsive documents are covered by privilege, it shall produce a privilege log.

2. The parties shall bear their own expenses at this time.

3. The Clerk is directed to send copies of this Order to counsel of record and to the Honorable Frank D. Whitney.

**SO ORDERED.**

Signed: December 1, 2017

David S. Cayer
United States Magistrate Judge