UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00054-FDW-DSC

| | |
|---|---|
| FAMILY DOLLAR OPERATIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | NOTICE OF HEARING |
| DRIVELINE RETAIL ) | |
| MERCHANDISING, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

TAKE NOTICE that a pretrial conference in this matter will take place on Monday, February 26, 2018, at 2:00 p.m., in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The parties should submit their jointly-prepared proposed pretrial order (see Doc. No. 24) no later than Wednesday, February 21, 2018. The parties should bring to with them to the pretrial conference a flash drive containing an electronic copy of exhibits for the Clerk of Court saved in the format and with file names in accordance with this Court's standing orders. Other than the modification of the deadline for submission of the joint proposed pretrial order, the other deadlines from this Court's Case Management Order (Doc. No. 24) remain unchanged.

   IT IS SO ORDERED.

Signed: February 13, 2018

_____
Frank D. Whitney
Chief United States District Judge

1