UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00054-FDW-DSC

FAMILY DOLLAR OPERATIONS, INC.,    )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )        ORDER and NOTICE OF HEARING
                                   )
DRIVELINE RETAIL                   )
MERCHANDISING, INC.,               )
                                   )
        Defendant.                 )
                                   )

THIS MATTER is before the Court following a telephone conference with counsel for both parties and chambers' staff wherein counsel indicated the parties had reached a settlement in this matter. This order follows to memorialize several deadlines set by the Court as a result of the parties' representations regarding settlement.

In light of the fact this matter is set for trial before a jury beginning early next week, the Court instructs counsel to file a stipulation of dismissal no later than noon on Friday, March 2, 2018. The Court hereby continues the pretrial conference from today until Monday, March 5, 2018, at 3:00 p.m. in Courtroom #1-1 of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.

IT IS SO ORDERED.

Signed: February 26, 2018

Frank D. Whitney
Chief United States District Judge

1